UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENARBLE CAMPBELL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SANTILLAN,<br><br>　　　　　　Defendant. | No. 1:16-cv-00587 DLB PC<br><br>ORDER REGARDING PLAINTIFF'S MOTION TO STAY ACTION<br><br>(Document 8)<br><br>ORDER GRANTING PLAINTIFF AN EXTENTION OF TIME |

　　　　Plaintiff Senarble Campbell ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on April 26, 2016. The Court screened Plaintiff's complaint on June 17, 2016, and dismissed it with leave to amend. Plaintiff was ordered to file an amended complaint within thirty (30) days of the date of service of the order.

　　　　On July 8, 2016, Plaintiff filed a motion requesting that this action be temporarily suspended. He states that he will not be able to meet the deadline for filing an amended complaint for a few reasons, but most importantly, he is not "mentally stable enough to pursue this legal complaint rationally." ECF No. 8, at 1.

　　　　The Court will not indefinitely stay an action, and Plaintiff's motion is therefore DENIED. However, the Court will GRANT Plaintiff additional time to file his amended complaint. Plaintiff can also request additional extensions if he cannot meet the set deadlines.

1 | Accordingly, Plaintiff SHALL file an amended complaint within sixty (60) days of the
2 | date of service of this order.
3 | <u>Failure to follow this order may result in dismissal of this action</u>.

IT IS SO ORDERED.

Dated: **July 13, 2016**               /s/ *Dennis L. Beck*
                                       UNITED STATES MAGISTRATE JUDGE